**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

STEVEN J. EDWARDS,

    **Plaintiff,**

-vs-                                                                                                       No. 07-CV-005 DRH

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency finding Plaintiff was not disabled and therefore not entitled to receive DIB is, pursuant to sentence four of **42 U.S.C. § 405(g)** is **REVERSED** and this case is **REMANDED** to the agency for rehearing and reconsideration of evidence.

                                                                     **NORBERT G. JAWORSKI, CLERK**

February 25, 2008.                                                      By: s/Patricia Brown
                                                                                      Deputy Clerk

APPROVED: /s/     *David R Herndon*
                    **CHIEF JUDGE
                    U.S. DISTRICT JUDGE**